**THE FEDERAL JUDICIAL CENTER**

THURGOOD MARSHALL FEDERAL JUDICIARY BUILDING
ONE COLUMBUS CIRCLE, N.E.
WASHINGTON, DC 20002-8003

JUDGE BARBARA J. ROTHSTEIN
DIRECTOR

TEL.: 202-502-4160
FAX: 202-502-4099
Email: brothstein@fjc.gov

October 15, 2004

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, NE
Washington, DC 20544

Re: Calendar Year 2003 Filing

To The Committee:

This is my reply to your request for additional information dated September 16, 2004. The information is as follows:

Paragraph 2: Part IIIA: ███████████████ listed in Part IIIA was listed there incorrectly. It should have been listed in Part IIIB. In Part IIIA, the "NONE" box should be checked.

Paragraph 3: Part VII, page 1, line 13: "Rental House0Bellevue (#3)(1975 $148,000), should have been listed with a parenthetical "(X)" alongside the asset name.

Paragraph 4: Part VII, page 1, line 16: No income was received for "Time Warner Common" and the word "NONE" should appear in Column B(2) under "Type."

Paragraph 5: Part VII, page 3, line 53: You are correct. The correct value method code for this asset should be code "T".

I hope that this information satisfies all requirements. Thank you for your assistance.

Sincerely,



Barbara J. Rothstein

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) ROTHSTEIN, BARBARA J | 2. Court or Organization UNITED STATES DISTRICT COURT | 3. Date of Report 8/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) US DISTRICT COURT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address UNITED STATES COURTHOUSE SEATTLE, WA 98104-1187 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED FINANCIAL DISCLOSURE OFFICE 2004 AUG 10 A 11: 4

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2003 | ▬▬ Wages | 0.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS– transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Conference Institute | Feb. 18-20, Washington, D.C., Educational Seminar (Travel, Meals & Lodging) |
| 2. | American Conference Institute | Mar. 11, San Francisco, CA., Educational Seminar (Travel, Meals & Lodging) |
| 3. | George Washington University | Mar. 12-14, San Diego, Ca., Educational Seminar (Travel, Meals & Lodging) |
| 4. | Harvard School of Law | Mar. 18-20, Boston, Mass., Eductional Seminar (Travel, Meals & Lodging) |
| 5. | Amer. Law Inst./American Bar Assoc. | Dec. 11-13, Coronado, Ca., Educational Seminar (Travel, Meals & Lodging) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROTHSTEIN, BARBARA J | 8/15/2004 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Amcol Common | A | Dividend | J | T | | | | | |
| 2. El Paso Corp. | A | Dividend | J | T | | | | | |
| 3. Equitable Resources Common | A | Dividend | K | T | | | | | |
| 4. Microsoft Corp Common | B | Dividend | M | T | | | | | |
| 5. Motorola Inc Common | A | Dividend | K | T | | | | | |
| 6. NYS G/F/A Hospital | A | Interest | | | sell | 11/30 | K | | |
| 7. Oppenheimer Muni Bond Fd | C | Dividend | L | T | | | | | |
| 8. Rochester Fund Muni's Cl.A | C | Dividend | L | T | | | | | |
| 9. US Bancorp Account | B | Interest | J | T | | | | | |
| 10. NA Properties Ltd Ptnrshp | B | Rent | J | U | | | | | |
| 11. Rental House-Bellevue (#1) (1990 $60,000) | D | Rent | L | R | | | | | |
| 12. Rental House-Redmond (#2) (1999 $172,000) | E | Rent | M | R | | | | | |
| 13. Rental House-Bellevue (#3) (1975 $148,000) | D | Rent | M | R | | | | | |
| 14. *SEP PLAN: | | | | | | | | | |
| 15. American Movil Ads | A | Dividend | K | T | | | | | |
| 16. AOL Time Warner Common | | | | | sell | 2/07 | L | F | |
| 17. Bank One Capital Trust VI | A | Interest | K | T | | | | | |
| 18. Elan Corp. Common | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROTHSTEIN, BARBARA J | 8/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Emulex Corp Common | | None | K | T | | | | | |
| 20. Invision Technologies | | None | L | T | | | | | |
| 21. Microsoft Corp Common | C | Dividend | N | T | | | | | |
| 22. 3m Company | B | Dividend | L | T | | | | | |
| 23. XCel Energy | A | Dividend | J | T | | | | | |
| 24. PPL Corp. | A | Dividend | J | T | | | | | |
| 25. Applera Corp. Common | A | Dividend | K | T | | | | | |
| 26. Costco Companies Common | | None | K | T | | | | | |
| 27. Pimco Corporate Income Fund | C | Dividend | K | T | | | | | |
| 28. Putnam Managed High Yield Tr. | B | Dividend | J | T | | | | | |
| 29. Salomon Bros High Inc Fnd Common | C | Dividend | K | T | | | | | |
| 30. Starbucks Common | | None | M | T | | | | | |
| 31. Telefonos De Mexico Common | A | Dividend | K | T | | | | | |
| 32. Pennzoil Co Bonds | B | Interest | K | T | | | | | |
| 33. Travelers P&C Preferred | B | Interest | | | redemption | 04/09 | K | | |
| 34. Avista Corp. Pref. | C | Interest | L | T | | | | | |
| 35. Nuveen Quality Preferred Income FD | A | Dividend | J | T | | | | | |
| 36. Sicor Inc. Common | | None | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROTHSTEIN, BARBARA J | 8/15/2004 |

## VII. INVESTMENTS and TRUSTS-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Bancorpsouth Cap Tr. Preferred | A | Interest | K | T | | | | | |
| 38. 3Com Corp Common | | None | K | T | | | | | |
| 39. Home Depot Inc. Common | A | Dividend | K | T | | | | | |
| 40. General Electric Co. Common | A | Dividend | K | T | | | | | |
| 41. Morgan Stanley Cap. Trust | A | Interest | K | T | buy | 04/21 | K | | |
| 42. CHS Cooperatives Preferred | B | Dividend | K | T | buy | 01/31 | K | | |
| 43. Talk America Common (X) | | None | J | T | | | | | |
| 44. CEF Government Fund | A | Dividend | J | T | buy | 2/10 | L | | |
| 45. | | | | | part distrib | 3/31 | K | | |
| 46. CEF Government Fund | A | Dividend | J | T | buy | 4/10 | K | | |
| 47. | | | | | part distrib | 5/22 | K | | |
| 48. *PENSION TRUST: | | | | | | | | | |
| 49. Dell Inc. (Frmrly Dell Computer Corp.) | | None | K | T | | | | | |
| 50. Waterhouse Securities Money Market Fund | A | Dividend | | | sell | 1/01 | K | | |
| 51. Etrade Money Market Funds | A | Dividend | K | T | buy | 9/16 | K | | |
| 52. | | | | | part dist. | 5/30 | K | | |
| 53. Cybersource Corp. Common | | None | J | S | buy | 11/25 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROTHSTEIN, BARBARA J | 8/15/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROTHSTEIN, BARBARA J | 8/15/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date _Aug. 12, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544